**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 25-13089
Non-Argument Calendar
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

PHILIP HENRY HOUK,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:24-cr-00281-MHH-NAD-1
_____

Before JILL PRYOR, GRANT, and LUCK, Circuit Judges.

PER CURIAM:

Philip Houk filed a pro se notice of appeal challenging the magistrate judge's July 15, 2025 order that found him incompetent

2                          Opinion of the Court                    25-13089

to stand trial and ordered him committed for competency restoration treatment and examination.  Following his notice of appeal and both parties' responses to the jurisdictional questions, Houk filed a pro se motion for review of the July 15 order that asked the district court to vacate that order.  That motion is pending.  Because Houk has moved for the district court to vacate the magistrate judge's order, we lack jurisdiction to review that order for lack of finality.  *See* 28 U.S.C. § 1291.

Accordingly, this appeal is DISMISSED for lack of jurisdiction.